IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

R.M.,

     Plaintiff,

v.                                   Case No. 1:24-cv-01060-DHU-LF

CHANDNI KARISHMA LODGING, INC.,

     Defendant.

### ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than

**Tuesday, May 26, 2026**,[1] absent a written motion showing good cause for an extension.

_____
Laura Fashing
United States Magistrate Judge

---

[1] Although the minutes indicated that closing documents were due on May 25, 2026, May 25 is Memorial Day. The Court therefore orders closing documents to be filed on May 26, 2026.